UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| OMAR QOLAYAH YISHRA'EL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 1:19-CV-00292-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN WILSON et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 8]. Plaintiff has objected to the Report and Recommendation [Doc. 9].

In that Report and Recommendation, the Magistrate Judge recommends that this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e) and that the pending Motion for Leave to Proceed *in forma pauperis* [Doc. 1] and Motion to Seal Case [Doc. 7] be denied as moot [Doc. 8, pg. 3-4]. The Magistrate Judge reasoned that Plaintiff's Complaint [Doc. 2] was rambling and incoherent, and Plaintiff's allegations were patently frivolous [Doc. 8, pg. 3].

Plaintiff's Objection, in its entirety, states:

> I, Omar Qolayah Yishra'el motion to dismiss the said pages of the document. You said that to you I seemed fanatical or delusional. I am none of these things. The 8 days that I was locked in your correctional facility I lost everything. I was to be on a musical tour in Dubai and other places and the residuals from that tour would have allowed me to pay for all of the things that I submitted to you and these are the things I seek resolve for. Nonetheless I bid you and your family peace and blessings.

[Doc. 9]. The Court has considered Plaintiff's Objection and finds it unpersuasive.

1

After careful consideration of the record as a whole and the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 8] is **ADOPTED**, and this action is **DISMISSED WITH PREJUDICE**.  Accordingly, Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. 1] and Motion to Seal Case [Doc. 7] are **DENIED AS MOOT**, with no filing fee assessed.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge
